AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

LAMAR D. HAMMOND



WARRANT FOR ARREST

CASE NUMBER: 05- 101/M

To: The United States Marshal
and any Authorized United States Officer



SEALED  UNSEALED
8/24/05 KJK

YOU ARE HEREBY COMMANDED to arrest LAMAR D. HAMMOND when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense),

knowingly possessing with the intent to distribute more than five grams of cocaine base, and knowingly possession with the intent to distribute heroin,

in violation of Title __21__ United States Code, Section (s) __841(a)(1) and (b)(1)(B) and Sections 841(a)(1) and (b)(1)(C), respectively.__

| | |
|---|---|
| Honorable Joseph J. Farnan, Jr.<br>Name of Issuing Officer | United States District Judge<br>District of Delaware<br>Title of Issuing Officer |
| *[signature]*<br>Signature of Issuing Officer | July 22, 2005   Wilmington, DE<br>Date and Location |
| Bail fixed at $ _____ | by _____<br>Name of Judicial Officer |

FILED
AUG 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _returned due to indictment warrant being issued_

| DATE RECEIVED<br>7-22-05 | NAME AND TITLE OF ARRESTING OFFICER<br>William David  DUSM | SIGNATURE OF ARRESTING OFFICER<br>*[signature]* |
|---|---|---|
| DATE OF ARREST<br>7-28-05 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __LAMAR D. HAMMOND__

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: ____  _____  RACE: _____  _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: __WILMINGTON PD/ DEA TASK FORCE__
_____
_____